NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Alyson J. Dykes (CA State Bar No. 319835)
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
T: (657) 500-4317
F: (657) 227-0270
AlysonD@JLohman.com

ATTORNEY(S) FOR: Plaintiff, Stephanie Sotomayor

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Stephanie Sotomayor,

Plaintiff(s),

v.

Bank of America, N.A.

Defendant(s)

CASE NUMBER:

2:19−cv−00541−CJC−GJS

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for  Plaintiff, Stephanie Sotomayor
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Stephanie Sotomayor | Stephanie Sotomayor (Plaintiff) |
| | Alyson J. Dykes (local counsel for Plaintiff) |
| | The Law Offices of Jeffrey Lohman, P.C. (local counsel for Plaintiff) |
| | Aaron D. Radbil (counsel for Plaintiff) |
| | Greenwald Davidson Radbil PLLC (counsel for Plaintiff) |

January 28, 2019
Date

/s/ Alyson J. Dykes
Signature

Attorney of record for (or name of party appearing in pro per):

Alyson J. Dykes