Aaron D. Radbil (*pro hac vice*)
Greenwald Davidson Radbil PLLC
401 Congress Avenue, Suite 1540
Austin, Texas 78701
(512) 803-1578
(561) 961-5684 (Fax)
aradbil@gdrlawfirm.com

Becca J. Wahlquist, Bar No. 215948
Snell & Wilmer L.L.P.
350 S. Grand Avenue, Suite 3100
Los Angeles, California 90071
(213) 929.2500
(213) 929.2525 (Fax)
bwahlquist@swlaw.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Stephanie Sotomayor, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Bank of America, N.A.,<br><br>Defendant. | Case No. 2:19-cv-00541-CJC-GJS<br><br>**STIPULATION TO DISMISS** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Stephanie Sotomayor and Bank of America, N.A.. stipulate to dismiss this action with prejudice as to Ms. Sotomayor, without prejudice as to the putative class members, and with each side to bear its own attorneys' fees and costs.

Dated: July 10, 2019                Respectfully submitted,

*/s/ Aaron D. Radbil*
Aaron D. Radbil (*pro hac vice*)

*/s/ Becca J. Wahlquist*
Becca J. Wahlquist

**SIGNATURE CERTIFICATION**

Pursuant to L.R. 5-4.3.4(a)(2)(i), I, Aaron D. Radbil, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing content and have authorized its filing.

I declare under penalty of perjury under the laws of the State of Texas and the United States of America that the foregoing is true and correct.

*/s/ Aaron D. Radbil*
Aaron D. Radbil

**CERTIFICATE OF SERVICE**

I certify that on July 10, 2019, the foregoing document was filed with the Court using CM/ECF, which will send notification of such to counsel of record.

*/s/ Aaron D. Radbil*
Aaron D. Radbil